UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

PAMELA GELLER,

                Plaintiff,

    -against-                              Case No. 20 Civ. 4653 (ER)

ANDREW CUOMO, in his official capacity as Governor of the State of New York; BILL DE BLASIO, individually and in his official capacity as Mayor, City of New York; and DERMOT SHEA, individually and in his Official capacity as the Police Commissioner, City of New York,

**STIPULATION AND [PROPOSED] ORDER STAYING PROCEEDINGS PENDING INTERLOCUTORY APPEAL**

                Defendants.
------------------------------------------------------------------X

      WHEREAS the Court denied the Plaintiff's motion for a preliminary injunction by Opinion and Order dated August 3, 2020, see Dkt. No. 32 ("August 3 Order");

      WHEREAS the Plaintiff has appealed that decision to the United States Court of Appeals for the Second Circuit, see Dkt. No. 33; and

      WHEREAS all parties desire to avoid the complications inherent in litigating one case in two forums, and to conserve judicial resources;

      NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned counsel for the parties, that:

1. This action is stayed pending the resolution of all appeals of the Court's August 3 Order;

2. Defendants' answers or responsive motions shall be due thirty days after the Second Circuit issues its mandate or, in the event that a party seeks further review from the Supreme Court, thirty days after the Supreme Court's ruling or denial of *certiorari*; and

3. This stipulation may be executed in counterparts, and a facsimile or email signature on this stipulation shall be treated as an original.

Dated: August 7, 2020

| | |
|---|---|
| AMERICAN FREEDOM LAW CENTER<br>Attorney for Plaintiff Pamela Geller | LETITIA JAMES<br>Attorney General<br>State of New York<br>Attorney for Governor Cuomo |

By:   */s/ David Yerushalmi*
      David Yerushalmi, Esq.
      383 Kingston Avenue, Suite 103
      Brooklyn, NY 11216
      (646) 262-0500
      dyerushalmi@aflc.us

      Robert J. Muise, Esq.
      PO Box 131098
      Ann Arbor, MI 48113
      (734) 635-3756
      rmuise@americanfreedomlawcenter.org

By:   */s/ James M. Thompson*
      Andrew Amer
      Special Litigation Counsel
      James M. Thompson
      Assistant Attorney General
      28 Liberty Street
      New York, New York 10005
      (212) 416-6556
      andrew.amer@ag.ny.gov
      james.thompson@ag.ny.gov

JAMES JOHNSON
Corporation Counsel
City of New York
Attorney for Mayor De Blasio and
Commissioner Shea

By:   */s/ Aimee K. Lulich*
      Aimee K. Lulich
      Assistant Corporation Counsel
      Glenne E. Fucci
      Assistant Corporation Counsel
      100 Church Street
      New York, New York 10007
      (212) 356-2369
      alulich@law.nyc.gov
      gfucci@law.nyc.gov

SO ORDERED:

_____
Edgardo Ramos, U.S.D.J
Dated: August 7, 2020
New York, New York