UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
PAMELA GELLER,

                Plaintiff,                20 **CIVIL** 4653 (ER)

      -against-                   **JUDGMENT**

KATHY HOCHUL, *in her official capacity as Governor of the State of New York*, BILL de BLASIO, *individually and in his official capacity as Mayor, City of New York, New York*, and DERMOT SHEA, *individually and in his official capacity as the Police Commissioner, City of New York, New York*,

                Defendants.
-------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 24, 2021, Defendants' motions to dismiss are GRANTED in their entirety and this case is dismissed with prejudice, judgment is entered for Defendants.

**Dated:**  New York, New York
          September 27, 2021

                                                      **RUBY J. KRAJICK**
                                                      **Clerk of Court**
                                    **BY:**
                                                        **Deputy Clerk**